# Exhibit C

**From:** **Shawna Creamer** Shawna.Creamer@BossierSchools.Org
**Subject:** [Defender Restored] Creationism
**Date:** May 7, 2015 at 3:42 PM
**To:** Jason Rowland /O=BOSSIERSCHOOLS/OU=First Administrative Group/cn=Recipients/cn=Jason.Rowland

Mr. Roland,

You wanted me to let you know when I was planning the Creation point of view.   I will be doing this on Monday 3/21.   The students will actually be doing most of the presenting.   We will read in Genesis and them some supplemental material debunking various aspects of evolution from which the students will present.   We will start off at the beginning of the period and I do not anticipate it lasting the entire time.   That will be 1st and 2nd block.

Shawna Creamer
Science Teacher
Airline High School