# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                *Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 2 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 2, declare that, if called upon, I would testify to the following:

1. I am a plaintiff in this case.

2. I am the parent of one or more children who attend school in the Bossier Parish School System.

3. I have not disclosed my participation in this suit to any persons other than my spouse, a close family friend, and the other plaintiffs. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

4. I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to make public my private religious beliefs, nor do I wish to reveal the private religious beliefs of my family members.

7. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school that will interfere with their comfort, safety, and ability to learn.

8. I base these fears on previous instances in which my child or children have been maliciously teased by other students during class for publicly admitting to not attending church. Such verbal abuse caused my child or children to suffer serious distress and diminished their ability to participate in class.

9. I am aware that many community members—including school and law-enforcement officials—support the inclusion of prayer and the promotion of religion at school-sponsored events. I have already been disparaged by others in the community when my religious beliefs were revealed; some have distanced themselves from me when they learned that my family does not attend church; others have declared that I "need to be saved." I fear that if my objection and involvement in this case were known, my family would be harassed or possibly threatened by community members who would blame us for interfering with the schools' religious activities.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2018.

s/ Plaintiff Doe 2