# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>     *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 3 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 3, declare that, if called upon, I would testify to the following:

1. I am a plaintiff in this case.

2. I am the parent of one or more children who attend school in the Bossier Parish School System.

3. I have not disclosed my participation in this suit to any persons other than my spouse, the clergy-member at my house of worship, another community member who considered joining this case, and the other plaintiffs. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

4. I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to share publicly my family's private religious beliefs. In the past, other students and their parents have ostracized my child or children after they learned about my family's religious beliefs. Based on these experiences, my child or some of my children wish to hide their real beliefs.

7. I hate when my child or children are made to feel like outsiders in their own school. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school and that their ability to learn will be adversely affected.

8. I believe that our family should choose for ourselves how to educate our child or children about religion. I am aware, however, that many school officials support the inclusion of prayer and the promotion of religion at school-sponsored events. I fear that if my objection and involvement in this case were known, my child or children would suffer retaliation by school teachers, faculty, and staff. I have witnessed in the past that when parents complain to Bossier Parish school officials about a school policy, their children are often treated unfairly thereafter.

9. I know that members of the religious majority in Bossier Parish schools have in the past shamed, mocked, and shunned dissenters. Other members of my religious congregation have been harassed after they complained about religion in the schools. I have heard of other families choosing to send their children to school in

Shreveport to avoid continued religious harassment and coercion in Bossier Parish Schools.

10.  I believe that some in the Bossier Parish community may become violent because of this lawsuit. After a local-news article ran about my attorneys' letter to the Bossier Parish School Board detailing pervasive Establishment Clause violations, one Facebook commenter threatened: "Just tell us who in Benton complained and we'll handle it." Since this case was filed, I have seen more negative comments on social media. Some of these comments have expressed an interest in discovering my identity in order to drive me and my family out of town or cause me and my family physical harm. I've seen at least one commenter threaten to kill me and my family because of this lawsuit. These comments have disturbed and frightened me.

11.  I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2018.

s/ Plaintiff Doe 3