# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                *Plaintiffs*,<br><br>     v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 4 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 4, declare that, if called upon, I would testify to the following:

    1.    I am a plaintiff in this case.

    2.    I am the parent of one or more children who attend school in the Bossier Parish School System.

    3.    I have not disclosed my participation in this suit to any persons other than my romantic partner, my family, and the other plaintiffs. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

    4.    I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to make public my private religious beliefs, nor do I wish to reveal the private religious beliefs of my family members.

7. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school and that their ability to learn will be adversely affected.

8. When my family lived in a different school district, a child of mine was seriously harassed because of our family's religious beliefs. My child's classmates, in an effort to convert my child, placed religious messages and Bible verses into my child's desk, locker, lunch box, and other personal belongings. These students' actions were encouraged not only by their church but also by the teachers at the school who attended that church. My child was distressed by the lengths that peers and teachers were willing to go to try to change my child's religious beliefs. This harassment motivated my family's decision to move—but unfortunately, we have found ourselves in another school system where religious coercion and proselytizing are commonplace.

9. I am aware of the Establishment Clause lawsuit pending against Bossier Parish's neighboring school system—Webster Parish—and I fear that my child or children will suffer the same ostracism as the child of the non-anonymous plaintiff in that case. I have heard that Webster Parish community members have

told the plaintiff's child that the child's mother is a "bad person for taking God out of the schools."

10. I have also seen negative comments about our case on social media. Some of these comments have expressed an interest in discovering the identities of the plaintiffs in order to drive us out of town or cause us physical harm. I've seen at least one commenter threaten to kill the plaintiffs in this lawsuit. I take these threats seriously.

11. I have found the Bossier Parish school community to be religiously cohesive and homogeneous. I believe that the school community will view this lawsuit as an attack on the community, and that it will react defensively. I believe that my child or children will be blamed and ostracized if the teachers are no longer able to pray with the students at school. I believe that, like the plaintiff's child in Webster Parish, my child[ren]'s classmates will tell my child[ren] that they are going to hell because of my participation in this lawsuit, and that other students' parents will forbid their children to socialize with my child or children.

12. I also fear that my participation in this lawsuit will harm my career and my romantic partner's career. Both of our supervisors have strongly expressed religious beliefs that differ from our own. I know of others in the Bossier Parish community who have been passed over for promotions because they do not attend the same church or share the same religious beliefs as their supervisors. I believe that my romantic partner and I would have fewer opportunities for career advancement if my participation in this lawsuit were revealed.

13. Given the political climate in the Bossier Parish community and the country generally, I fear that some community members may resort to violence to express their disapproval of my religious beliefs or of this lawsuit.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2018.

                                            s/ Plaintiff Doe 4