# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                *Plaintiffs*,<br><br>    v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 5 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 5, declare that, if called upon, I would testify to the following:

1. I am a plaintiff in this case.

2. I am the parent of one or more children who attend school in the Bossier Parish School System.

3. I have not disclosed my participation in this suit to any persons other than my family and the other plaintiffs. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

4. I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to make public my private religious beliefs, nor do I wish to reveal the private religious beliefs of my family members.

7. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school and that their ability to learn will be adversely affected.

8. When my family lived in a different school district, a child of mine was seriously harassed because of our family's religious beliefs. My child's classmates, in an effort to convert my child, placed religious messages and Bible verses into my child's desk, locker, lunch box, and other personal belongings. These students' actions were encouraged not only by their church but also by the teachers at the school who attended that church. My child was distressed by the lengths that peers and teachers were willing to go to try to change my child's religious beliefs. I believe that my child will again be singled out—for harassment, bullying, or worse—if my participation in the lawsuit is revealed.

9. I have seen negative comments about our case on social media. Some of these comments have expressed an interest in discovering my identity in order to drive me and my family out of town or cause me and my family physical harm. I've seen at least one commenter threaten to kill me and my family because of this lawsuit. I take these threats seriously.

3

10. If my identity—and by extension, my child[ren]'s identity—were revealed in connection with this lawsuit, I would likely move my child[ren] out of Bossier Parish.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2018.

s/ Plaintiff Doe 5
_____