# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>     *Defendants.* | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 6 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 6, declare that, if called upon, I would testify to the following:

  1. I am a plaintiff in this case.

  2. I am the parent of one or more children who attend school in the Bossier Parish School System.

  3. I have not disclosed my participation in this suit to any persons other than my spouse. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

  4. I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to make public my private religious beliefs, nor do I wish to reveal the private religious beliefs of my family members. I want my child[ren] to make their own decisions about religion—without social pressure or threats—because I was not afforded that opportunity as a child.

7. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school that will interfere with their comfort, safety, and ability to learn.

8. I base these fears on previous instances in which my child or children have been maliciously teased and bullied by other students during class for refusing to participate in school activities with religious elements.

9. When I was a child, I was ostracized by my peers because I did not participate in the religious elements of school activities. While I hope that tolerance of religious diversity in schools has increased since I was a child, I want to protect my child[ren] from being subject to similar ostracism, or to keep it to as minimal a degree as possible. I believe that obtaining an injunction in this case will improve my child[ren]'s experience, but that having my identity revealed in the process would make things unimaginably worse.

10. While I hope that my child[ren]'s teachers would remain professional, I fear that they would retaliate against my child[ren] if my family's religious beliefs

and participation in this lawsuit were publicly disclosed. In the past, Bossier Parish teachers have discussed their religious beliefs with me, and their views are very different from my own.

11. I believe that some in Bossier Parish will see this lawsuit as an attack on their Christianity or on themselves, and I fear that these individuals will attack me or my family to "defend" their beliefs. I am scared by the degree of animosity that I have seen in public comments about this case.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2018.

s/ Plaintiff Doe 6