# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>     *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF PLAINTIFF DOE 7 IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Plaintiff Doe 7, declare that, if called upon, I would testify to the following:

1. I am a plaintiff in this case.

2. I am the parent of one or more children who attend school in the Bossier Parish School System.

3. I have not disclosed my participation in this suit to any persons other than my spouse and a close friend. To my knowledge, no one else, other than my attorneys, is aware that I am a plaintiff in this case.

4. I elected to bring this suit on the understanding that my identity would not be disclosed. I wish to remain anonymous and to proceed using a pseudonym.

1

5. Maintaining anonymity is important to me because I fear for the privacy, well-being, and safety of my family, and most especially of my underage child or children, should my identity—and by extension theirs—become known.

6. I do not wish to make public my private religious beliefs, nor do I wish to reveal the private religious beliefs of my family members. I want my child[ren] to make their own decisions about religion—without social pressure or threats—but I do not think they are old enough to make those decisions yet.

7. Should my identity become known, I fear that my underage child or children will suffer harassment, bullying, and verbal abuse by other students at school that will interfere with their comfort, safety, and ability to learn.

8. I base these fears on previous instances in which my child or children have been maliciously teased and bullied by other students during class for refusing to participate in school activities with religious elements.

9. It's already hard enough for my child[ren] to make friends—I do not want my participation in this lawsuit to make things worse. If my participation in this lawsuit were made public, I fear that the social ostracism my child[ren] already experience in school will carry over into activities outside of school. I fear that parents will tell their children not to socialize with mine and that children in my neighborhood will come to my house to bully my child[ren] or vandalize my property.

10. I believe that some in Bossier Parish will see this lawsuit as an attack on their Christianity or on themselves, and I fear that these individuals will attack me or my family to "defend" their beliefs.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2018.

s/ Plaintiff Doe 7