# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                *Plaintiffs,*<br><br>    v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                *Defendants.* | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**DECLARATION OF ALISON TANNER IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING PSEUDONYMS**

I, Alison Tanner, declare that, if called upon, I would testify to the following:

1. I have served as the Steven Gey Fellow at Americans United for Separation of Church and State since August 2017 and am counsel to Plaintiffs in this case.

2. I directed a member of Americans United's staff to research public reactions to *Cole v. Webster Parish School Board*, 5:17-cv-01629 (W.D. La.), a challenge to pervasive Establishment Clause violations in the parish east of and adjacent to Bossier Parish, following the public disclosure of the plaintiff's identity and the resulting media coverage of the case. What follows are just a few examples of threats made against the Cole family because of the suit:

1

a. In response to the article *Louisiana Mom, ACLU Claim School District Promoted Christianity*, FOX NEWS (Dec. 19, 2017), http://fxn.ws/2rGDmUn, the following comments were posted:



b. In response to the New Orleans Advocate's Facebook post sharing *Louisiana Parent Files Lawsuit to Halt School's Daily Prayers*,

2

*Religious Promotion*, ASSOCIATED PRESS (Dec. 19, 2017),

http://bit.ly/2FhGBUv, the following comments were posted[1]:



c. In response to the article *ACLU Files Lawsuit to Stop Prayer in North Louisiana Public School District*, WBRZ 2 (Dec. 18, 2017), http://bit.ly/2Fk4omx, the following comment was posted:



---

[1] Madalyn Murray O'Hair (referenced by commenter Virginia Sams Riecke) was a plaintiff in *Engel v. Vitale*, 370 U.S. 421 (1962), the successful challenge to officially composed prayer in New York public schools. Ms. O'Hair and her adopted daughter disappeared in 1995 and their mutilated bodies were found in a shallow grave in Texas in 2001. *See* Katskee Decl. ¶ 6.

3

Additionally, the following comment was posted in response to WBRZ's Facebook post sharing the article:



3. Sadly, on-line harassment has become so commonplace that the Court can take judicial notice of it. There are many angry people throughout the country who perpetrate on-line harassment of individuals with whose views they disagree. *See, e.g.*, Maeve Duggan, Pew Research Center, *Online Harassment 2017* (July 11, 2017), http://pewrsr.ch/2u9X4aC (survey finding that "41% of Americans have been personally subjected to harassing behavior online" and 18% "have been subjected to particularly severe forms of harassment online, such as physical threats, harassment over a sustained period, sexual harassment or stalking"). If their identities were revealed in the course of this litigation, Plaintiffs and their children would be at grave risk of vile and terrifying on-line threats.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2018.

s/ Alison Tanner