# Exhibit J



1310 L Street NW,
Suite 200
Washington, DC 20005

www.au.org
(202) 466-3234

November 8, 2017

**By U.S. Mail and Email**
Bossier Educational Service Center
Attn: Sonja Bailes
Public Relations Liaison
2900 Douglas Drive
Bossier City, LA 71111
Sonja.Bailes@BossierSchools.org

RE:   **Public-records request regarding Bossier Parish schools**

Dear Ms. Bailes:

On behalf of Americans United's Louisiana members and supporters, and in accordance with the Louisiana public-records statute, LA. REV. STAT. ANN. § 44:1 *et seq.*, we hereby submit a request for public records related to religion in Bossier Parish schools.

## I. Background

All children have the right to participate equally in Louisiana's public schools. *See* LA. CONST. ART. VIII Preamble. Bossier Parish schools serve children from a variety of religious and philosophical backgrounds, including Protestants, Catholics, Muslims, Mormons, Jews, and people of no faith, all of whom are entitled to hold their personal beliefs and to benefit from the opportunity to develop to their full potential through public education.

Yet beginning in May 2017, our organization became aware of public reports about the promotion of Christian religious beliefs throughout the Bossier Parish school system, in violation of the U.S. Constitution's required separation of church and state, and we began to receive complaints from the Bossier Parish community. These community members reported that children feel ostracized by their teachers and classmates based on their religious and philosophical views, and are confused and ashamed that their beliefs were not treated with equal respect.

The religious activities reported by the Bossier Parish community and in the news include: teaching elementary school students to memorize and recite Christian prayer; coach-led prayer at sporting events; prayer over the loudspeakers at sporting events; youth pastors for sports teams; prayers at graduation ceremonies; graduation ceremonies held in church sanctuaries; choir events held in church sanctuaries; teaching creationism

in Biology classes; special privileges for Christian clubs; and religious displays in classrooms and administrators' offices.

All students and their families should feel welcome in their public schools, not excluded. No students should ever be made to feel like second-class citizens in public school classrooms because they practice a particular faith, or no faith at all. Accordingly, the federal Establishment Clause prohibits religious instruction or the promotion of religious beliefs in public schools; and students may not be compelled or pressured to take part in religious activities. *See, e.g.*, *Santa Fe Indep. Sch. Dist. v. Doe*, 530 U.S. 290, 307–12 (2000) (prohibiting public high school from holding student-led, student-initiated invocations at football games); *Lee v. Weisman*, 505 U.S. 577, 587, 592 (1992) (prohibiting school district from having clergy lead prayer at graduation); *Edwards v. Aguillard*, 482 U.S. 578, 591 (1987) (striking down law requiring public schools to teach creationism alongside evolution); *Sch. Dist. v. Schempp*, 374 U.S. 203, 222–26 (1963) (prohibiting Bible-reading at beginning of school day); *Engel v. Vitale*, 370 U.S. 421, 430–33 (prohibiting school officials from leadings students in classroom prayer).

Based on concerns raised by the complaints we have received, Americans United requests public records related to reported religious activities in Bossier Parish schools that we have been made aware of through complaints and public reports.

## II. Definitions

1. *Bossier Parish schools*: All schools governed by the Bossier Parish School Board, including Airline High School, Apollo Elementary School, Bellaire Elementary School, Benton Elementary School, Benton High School, Benton Middle School, Bossier Elementary School, Bossier High School, Bossier Parish School for Technology & Innovative Learning, Carrie Martin Elementary School, Central Park Elementary School, Cope Middle School, Curtis Elementary School, Elm Grove Elementary School, Elm Grove Middle School, Greenacres Middle School, Haughton High School, Haughton Middle School, Kerr Elementary School, Kingston Elementary School, Legacy Elementary School, Meadowview Elementary School, Plain Dealing Middle/High School, Parkway High School, Plantation Park Elementary School, Platt Elementary School, Princeton Elementary School, Rusheon Middle School, Stockwell Place Elementary School, Sun City Elementary School, T.L. Rodes Elementary School, W.T. Lewis Elementary School, Waller Elementary School, and alternative schools.

2. *Bossier Parish schools' officials*: All school-board members, superintendents, principals, assistant principals, administrators, teachers, library aides, office staff, support staff, counselors, school resource officers, coaches and other personnel employed by Bossier Parish schools.

3. *Documents and other materials*: All written or electronic records, including photographs, recordings, and e-mail communications, as defined in LA. REV. STAT. ANN. § 44:1.

### III. Requested Records

Americans United requests the following public records:

(a)   All documents and other materials related to the teaching of evolution and evolutionary theories in science courses, including but not limited to Biology, at Bossier Parish schools during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years. This request includes, but is not limited to:

    (1)   copies of syllabi, lesson plans, course materials, handouts, tests, quizzes, and

    (2)   e-mails or other correspondence to, from, or between Bossier Parish schools' officials, students' parents, or educational publishers regarding creationism, intelligent design, criticisms of Darwin's theory of evolution, or using the Bible as an educational text.

(b)   The following materials related to kindergarten, elementary-school, middle-school, and high-school graduation ceremonies at Bossier Parish schools during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years:

    (1)   copies of graduation programs,

    (2)   documents identifying the location where each graduation ceremony took place, including the room used within the facility for the ceremony,

    (3)   policies, procedures, or guidelines applicable to selection of student speakers and the content of student speeches, and

    (4)   e-mails or other correspondence to, from, or between Bossier Parish schools' officials, students' parents, or students regarding the selection of student speakers, the content of student speeches, or prayer at graduation.

(c)   All documents and other materials related to free speech, student speech, Bossier Parish schools' officials' speech, or prayer at sporting events or competitions hosted or participated in by Bossier Parish schools' athletic teams, cheerleading teams, dance-line teams, pep squads, or school bands during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years. This request includes, but is not limited to:

    (1)   copies of sporting-event programs,

(2)      policies, procedures, or guidelines regarding free speech, student speech or prayer before, during, or after sporting events,

(3)      photographs or recordings of Bossier Parish schools' students or officials praying before, during, or after sporting events,

(4)      recordings of student speeches or prayers made on a loud speaker or public-address or intercom system before, during, or after sporting events, and

(5)      e-mails or other correspondence to, from, or between Bossier Parish schools' officials, students' parents, or the opposing teams' coaches, school administrators, or students' parents regarding free speech, student speech or prayer at sporting events.

(d)    All documents, including policies, procedures, and correspondence, that relate to sponsorship of Bossier Parish schools' athletic teams, cheerleading teams, dance-line teams, pep squads, or school bands, or sponsorship of sporting events or competitions hosted by Bossier Parish schools during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years. This request includes, but is not limited to, rules regarding the content of messages on advertisements displayed at Bossier Parish schools' sporting facilities.

(e)    All documents, including policies, procedures, and correspondence, that relate to student dress rules or requirements for class pictures at Bossier Parish schools during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years. This request includes, but is not limited to, rules or policies that allow students to select alternatives to their school uniform.

(f)    All documents, including programs, that identify the location of concerts held by choirs and bands from Bossier Parish schools during the 2014–2015, 2015–2016, 2016–2017, and 2017–2018 school years, and the musical selections performed at these concerts.

## IV. Instructions

1.    We ask that you respond to this request within five business days, as required by LA. REV. STAT. ANN. § 44:35(A). If you anticipate a significant delay in responding to or fulfilling this request, please notify Alison Tanner at *tanner@au.org*.

2.    If any documents were prepared, circulated, or submitted electronically, please provide copies in their native electronic format by e-mail to *tanner@au.org*. For documents that are too large to send by e-mail or that

4

are available only in hard copy, please transfer copies of them to a DVD or CD and send the disk to the following address:

> Alison Tanner
> Americans United for Separation of Church and State
> 1310 L Street NW, Suite 200
> Washington, DC 20005

3.  These records are not being requested for a commercial purpose. We agree to pay the fee that will be due for this request under state law (LA. ADMIN. CODE tit. 4, Pt I, § 301; LA. ADMIN. CODE tit. 43, Pt III, § 101), up to $100. If you estimate that the total fee for this request will exceed $100, please inform us of the amount of the estimated fee and obtain authorization before you proceed with copying.

*   *   *

Thank you for your prompt attention. Please contact Alison Tanner at (202) 898-2134 or at *tanner@au.org* if you have any questions about this request.

> Very truly yours,
>
> Richard B. Katskee, Legal Director
> Eric Rothschild, Senior Litigation Counsel
> John McGinnis, Legal Fellow
> Alison Tanner, Legal Fellow*
>
> *\* 2017 law-school graduate. Bar application pending.*

**CC:**
Jon K. Guice, Esquire
Hammonds, Sills, Adkins, & Guice, LLP
1881 Hudson Circle
Monroe, LA 71201
jguice@hamsil.com