UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES | CIVIL ACTION NO. 18-cv-0152 |
| VERSUS | CHIEF JUDGE HICKS |
| SCHOOL BOARD OF BOSSIER PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

**1. Scheduling Conference**. A Scheduling Conference will be held in my chambers on **May 08, 2018,** at **10:00 a.m.** Out-of-town attorneys may participate by telephone (318-676-3265) by making prior arrangements with the undersigned. The use of cell phones is prohibited.

**2. Rule 26 Meeting**. By **April 17, 2018,** the Trial Attorneys for each party shall meet, in person or by telephone, to develop a Case Management Report ("CMR") and discuss the issues listed in F.R.C.P. 26(f). A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. F.R.C.P. 26(d).

**3. Case Management Report & Initial Disclosures.** By **May 01, 2018,** the parties must (1) file the CMR in the format available on www.lawd.uscourts.gov and (2) exchange the initial disclosures required by F.R.C.P. 26(a)(1). A paper courtesy copy of the CMR must be mailed or hand delivered to my chambers at 300 Fannin Street, Suite 4300, Shreveport, LA 71101. Do not fax or email anything to chambers without prior authorization of the undersigned.

**4. Responsibility of Trial Attorney.** The Trial Attorney for each party shall attend the Scheduling Conference. If the Trial Attorney is unable to attend at the scheduled time, he or she should not ask an associate to cover the conference; instead, he or she is directed to contact the undersigned immediately to reschedule the conference.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27th day of March, 2018.

Mark L. Hornsby
U.S. Magistrate Judge