**MINUTES [0:30]**
May 8, 2018

| | |
|---|---|
| DOES 1-7 | CIVIL ACTION NO. 18-cv-0152 |
| VERSUS | CHIEF JUDGE HICKS |
| SCHOOL BOARD OF BOSSIER PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

A scheduling conference was held on May 8, 2018. Pursuant to the discussions during the conference, and after consideration of the relevant factors as discussed in <u>Doe v. Stegall</u>, 653 F.2d 180 (5th Cir. 1981) and <u>Doe v. Harris</u>, 2014 WL 4207599 (W.D. La. 2014), Plaintiffs' **Unopposed Motion to Proceed Using Pseudonyms (Doc. 13) is granted**.

The parties agreed not to propound written discovery until May 30, 2018 in order to give the parties an opportunity to discuss resolution of the case by entry of an appropriate consent decree in order to avoid the expense of discovery.

A Scheduling Order will be entered setting the matter for bench trial before Chief Judge Hicks on April 8, 2019.

Mark L. Hornsby
U.S. Magistrate Judge