IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>      *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**STIPULATION OF VOLUNTARY DISMISSAL OF
PLAINTIFFS DOE 6 AND DOE 7**

The Parties hereby stipulate to the voluntary dismissal of Plaintiffs Doe 6 and Doe 7 under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiffs Doe 6 and Doe 7's child or children no longer attend Bossier Parish schools.

Said voluntary dismissal applies to Plaintiffs Doe 6 and Doe 7 only. The claims of the remaining Plaintiffs, Does 1–5, are ongoing.

Respectfully submitted this 29th day of May, 2018.

           s/ William P. Quigley

           Richard B. Katskee, D.C. Bar No. 474250\*
           Eric Rothschild, D.C. Bar No. 1048877\*
           (Trial Attorney)

Alison Tanner, D.C. Bar No. 230504*
AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 898-0957
katskee@au.org
rothschild@au.org
tanner@au.org

William P. Quigley, La. Bar No. 07769
LOYOLA UNIVERSITY NEW ORLEANS
7214 St. Charles Avenue
Campus Box 902
New Orleans, LA 70118
(504) 861-5591
quigley@loyno.edu

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

s/ Jon K. Guice

Jon K. Guice, La. Bar No. 20841
(Trial Attorney)
Justin N. Myers, La. Bar No. 34005
HAMMONDS, SILLS, ADKINS & GUICE, L.L.P.
1881 Hudson Circle
Monroe, Louisiana 71201
Phone: (318) 324-0101
Fax: (318) 322-5375
jguice@hamsil.com
jmyers@hamsil.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I presented the foregoing Stipulation of Voluntary Dismissal of Plaintiffs Doe 6 and Doe 7 to the Clerk of the Court for filing and uploading to the CM/ECF system.

Respectfully submitted this 29th day of May, 2018.

s/ William P. Quigley

William P. Quigley, La. Bar No. 07769
LOYOLA UNIVERSITY NEW ORLEANS
7214 St. Charles Avenue
Campus Box 902
New Orleans, LA 70118
Tel: (504) 861-5591
quigley@loyno.edu