IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                  *Plaintiffs*,<br><br>     v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                  *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

## **JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER**

Pursuant to the discussion among counsel for the parties at the Rule 26 Meeting ordered by this Court (D.E. 19), the parties have agreed upon the attached Stipulation and Protective Order, attached hereto as Exhibit 1 (with Appendix A).

The parties respectfully move this Court to enter the proposed order, attached hereto, which grants Joint Motion for Entry of the Stipulation and Protective Order.

Good cause for entry of the Protective Order exists for the reasons set forth below:

1

1. Plaintiffs Does 1–7, parents of minor students attending Bossier Parish Schools, moved to proceed using pseudonyms in this litigation (D.E. 13). This Court granted that motion on May 8, 2018 (D.E. 21).

2. Although Plaintiffs request the use of a pseudonymous identity, the parties agree that Defendants' counsel need to discover Plaintiffs' identities to aid their defense.

3. The Stipulation and Protective Order provides a mechanism for Plaintiffs Does 1–7, and other pseudonymous plaintiffs who may be subsequently joined, if any, to identify themselves to Defendants' counsel only, while limiting Defendants' counsel's use and dissemination of that information.

4. Defendants' lack of opposition to the present motion does not waive their contention that extensive discovery is not needed in this matter.

Respectfully submitted this 29th day of May, 2018.

        s/ William P. Quigley

        Richard B. Katskee, D.C. Bar No. 474250*
        Eric Rothschild, D.C. Bar No. 1048877*
        (Trial Attorney)
        Alison Tanner, D.C. Bar No. 230504*
        AMERICANS UNITED FOR SEPARATION OF
        CHURCH AND STATE
        1310 L Street NW, Suite 200
        Washington, DC 20005
        (202) 898-0957
        katskee@au.org
        rothschild@au.org

tanner@au.org

William P. Quigley, La. Bar No. 07769
LOYOLA UNIVERSITY NEW ORLEANS
7214 St. Charles Avenue
Campus Box 902
New Orleans, LA 70118
(504) 861-5591
quigley@loyno.edu

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

s/ Jon K. Guice

Jon K. Guice, La. Bar No. 20841
(Trial Attorney)
Justin N. Myers, La. Bar No. 34005
HAMMONDS, SILLS, ADKINS & GUICE, L.L.P.
1881 Hudson Circle
Monroe, Louisiana 71201
Phone: (318) 324-0101
Fax: (318) 322-5375
jguice@hamsil.com
jmyers@hamsil.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I presented the foregoing Unopposed Motion for Entry of Order Regarding Pending Motion to Proceed Using Pseudonyms and for Entry of Stipulation and Protective Order to the Clerk of the Court for filing and uploading to the CM/ECF system.

Respectfully submitted this 29th day of May, 2018.

          s/ William P. Quigley

          William P. Quigley, La. Bar No. 07769
          LOYOLA UNIVERSITY NEW ORLEANS
          7214 St. Charles Avenue
          Campus Box 902
          New Orleans, LA 70118
          Tel: (504) 861-5591
          quigley@loyno.edu