IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–5,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>     *Defendants.* | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT PLAINTIFFS DOE 6 AND DOE 7 ARE HEREBY DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 30 day of May, 2018.

_____
JUDGE
WESTERN DISTRICT OF LOUISIANA