IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–7,<br><br>                *Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>                *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion for Entry of Stipulation and Protective Order, it is ORDERED this __30th__ day of __May__ 2018, that the motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Stipulation and Protective Order, signed by counsel of record for the parties on May 29, 2018, and attached to the Joint Motion as Exhibit 1, is HEREBY ENTERED.

IT IS SO ORDERED.

_____
HON. MARK L. HORNSBY
UNITED STATES DISTRICT JUDGE

Date: __5-30-18__