IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–5,<br><br>             *Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>             *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

**STIPULATION OF VOLUNTARY DISMISSAL OF
PLAINTIFFS DOE 4 AND DOE 5**

The Parties hereby stipulate to the voluntary dismissal of Plaintiffs Doe 4 and Doe 5 under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiffs Doe 4 and Doe 5's child or children no longer attend Bossier Parish schools.

Said voluntary dismissal applies to Plaintiffs Doe 4 and Doe 5 only. The claims of the remaining Plaintiffs, Does 1–3, are ongoing.

Respectfully submitted this 2nd day of July, 2018.

                                                      s/ William P. Quigley

                                                   Richard B. Katskee, D.C. Bar No. 474250*
                                                   Eric Rothschild, D.C. Bar No. 1048877*
                                                   (Trial Attorney)

        Alison Tanner, D.C. Bar No. 230504*
        AMERICANS UNITED FOR SEPARATION OF
        CHURCH AND STATE
        1310 L Street NW, Suite 200
        Washington, DC 20005
        (202) 898-0957
        katskee@au.org
        rothschild@au.org
        tanner@au.org

        William P. Quigley, La. Bar No. 07769
        LOYOLA UNIVERSITY NEW ORLEANS
        7214 St. Charles Avenue
        Campus Box 902
        New Orleans, LA 70118
        (504) 861-5591
        quigley@loyno.edu


        *Attorneys for Plaintiffs*

*Admitted *pro hac vice*

        s/ Jon K. Guice

        Jon K. Guice, La. Bar No. 20841
        (Trial Attorney)
        Justin N. Myers, La. Bar No. 34005
        HAMMONDS, SILLS, ADKINS & GUICE, L.L.P.
        1881 Hudson Circle
        Monroe, Louisiana 71201
        Phone: (318) 324-0101
        Fax: (318) 322-5375
        jguice@hamsil.com
        jmyers@hamsil.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I presented the foregoing Stipulation of Voluntary Dismissal of Plaintiffs Doe 4 and Doe 5 to the Clerk of the Court for filing and uploading to the CM/ECF system.

Respectfully submitted this 2nd day of July, 2018.

s/ William P. Quigley

William P. Quigley, La. Bar No. 07769
LOYOLA UNIVERSITY NEW ORLEANS
7214 St. Charles Avenue
Campus Box 902
New Orleans, LA 70118
Tel: (504) 861-5591
quigley@loyno.edu