IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1–3, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent, <br><br> *Defendants.* | Civil Docket No. 5:18-cv-152 <br><br> CHIEF JUDGE HICKS <br><br> MAGISTRATE JUDGE HORNSBY |

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT PLAINTIFFS DOE 4 AND DOE 5 ARE HEREBY DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Shreveport, Louisiana, this **3rd** day of **July**, 2018.

_____
JUDGE
WESTERN DISTRICT OF LOUISIANA