# Exhibit B

**From:** **Michael Stacy** Michael.Stacy@BossierSchools.Org
**Subject:** [Defender Restored] FW: Visit 10/22
**Date:** May 7, 2015 at 3:22 PM
**To:** Deidra Stacy /O=BOSSIERSCHOOLS/OU=First Administrative Group/cn=Recipients/cn=Deidra.Stacy

**From:** Doug Scott
**Sent:** Wednesday, October 22, 2014 11:31 AM
**To:** Michael Stacy
**Cc:** David Thrash; Michele Tugwell; Doug Scott
**Subject:** Visit 10/22

Dear Coach Stacy:

I enjoyed the visit to your class today as you discussed evolution and creationism in a full spectrum of thought.

Thank you for the rich content as you bring various sources to bear in your curriculum and having everyone engaged in learning.

**Doug Scott -** *Assistant Principal*

*Bossier High School* 318-549-6686

Teamwork Makes the Dream Work