# Exhibit G


1310 L Street NW
Suite 200
Washington, DC 20005

www.au.org
(202) 466-3234

September 1, 2017

**By U.S. Mail**
Scott Smith, Superintendent
Bossier Parish Schools
P.O. Box 2000
Benton, LA 71006-2000

Teri Howe, Principal
Benton High School
6136 Highway 3
Benton, LA 71006

Re: *Prayers at graduation*

Dear Superintendent Smith and Ms. Howe:

Americans United wrote to you on June 8, 2017 regarding a constitutional violation. We asked you to provide an official response addressing our concerns on or before July 8, 2017. More than two weeks have passed since that deadline, and we still have not heard from you. Please let us know when we can expect a response. If we do not receive a response to our letter within the next fourteen days, we will be forced to consider further action.

Sincerely,

*[signature]*

Richard B. Katskee, Legal Director
Eric Rothschild, Senior Litigation Counsel
Ian Smith, Staff Attorney

Encl: June 8, 2017 letter