# Exhibit J



P.O. Box 2000, Benton, Louisiana 71006-2000 / Telephone (318) 549-5000 / 318-549-5044 /
www.bossierschools.org

November 13, 2017

~~NOTICE OF OFFICIAL MEETING~~

The Bossier Parish School Board will meet in **Regular Session 6:00 PM on Thursday, November 16, 2017**, at the **Bossier Instructional Center, 2719 Airline Drive, Bossier City, LA 71111.**

The following items will appear on the agenda:

1. **Opening Item**

    1.01   Prayer & Pledge of Allegiance

    1.02   Approval of the Minutes of the Regular Session of the Board for November 2, 2017

    1.03   Approval of the Agenda for the Regular Session of the Board for November 16, 2017

2. **Recognitions/Presentations**

    2.01   Recognitions: BPS "Good News!" (Presented by Sonja Bailes, Public Relations Liaison)

    2.02   Recognitions: Presentation of New National Board Certified Professional Personnel (Presented by Sherri Pool, Human Resources Director)

3. **Requests/Updates/Reports**

    3.01   Report: Building & Grounds/Planning & Development Committee held November 9, 2017 (Presented by Brad Bockhaus, Chairperson)

    3.01 a   Recommendation to Authorize Concept for Project 17700 BIC Exterior Repairs and the Architect to Proceed with Design and Bring Back an Opinion of Cost for Funding Consideration, as Recommended by Staff.

    3.01 b   Recommendation to Authorize Staff to Proceed with the Installation of Field Sprinkler Systems at Both Cope Middle School and Rusheon Middle School at an Estimated Total Cost of $ 44,842.00 Funded by General Fund, O & M of Plant.

    3.01 c   Recommendation to Authorize Bidding of Project CM1308B Haughton South K5 Modifications, with Funds Available for Construction Estimated at $563,926, Funded by 2012 Construction Fund, as Recommended by Staff.

    3.01 d   Consideration/Approval of Recommendation to Authorize the Superintendent to Initiate the School Naming Process for the Haughton South K-5 Elementary, and Return Recommendations to the Board for Consideration.

| | | |
|---|---|---|
| | 3.01 e | Recommendation to Authorize the Superintendent to Sign a Sign Location Lease and Related Documents, Subject to Restrictions on Advertising Content, to The LAMAR Companies for an Advertising Sign Located Opposite 4900 Benton Road as Recommended by Staff. |
| | 3.01 f | Recommendation to Authorize the Superintendent to Act on its Behalf to Enter into a Local Services Agreement with Northwest Louisiana Council of Governments (NLCOG) to Execute Documents and Take Action Related to Matching Funds Sufficient to Install the Beacons as Requested to Supplement the DOTD / FHwA Safe Routes to School Grants at Bossier and Plantation Park, Funded by 2017-2018 General Fund, O&M of Plant. |
| | 3.01 g | Items for Discussion Only of the Building & Grounds/Planning & Development Committee |
| 3.02 | | Subject Request: Approval of Solicitation Award ITB 2017 - CM1301C - Artificial Turf Bossier High Stadium (Presented by Kerry Douglas, Chief Procurement Officer) |
| 3.03 | | Report: Insurance Committee Meeting Held November 16, 2017 (Presented by Shane Cheatham, Chairperson) |
| 3.04 | | Request: Approval of Trip Requests |
| 3.05 | | Request: Enter Into Executive Session to Discuss Potential Litigation After Formal Written Demand from Americans United for Separation of Church and State Pursuant to La R.S. 42:17(A)(2) |
| 3.06 | | Request: Consider any Action Deemed Necessary as a result of the Foregoing Executive Session |

WSS/aks  *[signature]*                    c: Media