IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1, 2, 3, and 8,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>*Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

## [PROPOSED] ORDER

Having considered Plaintiff Doe 8's Unopposed Motion to Proceed Using a Pseudonym and to Extend the Stipulation and Protective Order and all attached memoranda and declarations, and good cause appearing that the balance of (1) Doe 8's demonstrated need for privacy protections, (2) fairness to the defendants, and (3) the public's right to open judicial proceedings, (*Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981)), weighs in favor of Plaintiff Doe 8 proceeding using a pseudonym and of extending the Stipulation and Protective Order (DE 27) to Plaintiff Doe 8, IT IS ORDERED that Plaintiffs' Motion is GRANTED.

Done and signed this 16 day of July, 2018.

_____
JUDGE
WESTERN DISTRICT OF LOUISIANA