**MINUTES [0:30]**
July 20, 2018


DOES                                                    CIVIL ACTION NO. 18-cv-0152

VERSUS                                                  CHIEF JUDGE HICKS

SCHOOL BOARD OF BOSSIER PARISH,    MAGISTRATE JUDGE HORNSBY
ET AL


A telephone status conference was held on July 19, 2018. The parties are close to a resolution, but there are a few areas where the court's assistance may be helpful. All counsel were agreeable to referring the matter to Magistrate Judge Karen L. Hayes in Monroe for the purpose of holding a settlement conference. Accordingly, the case is hereby referred to Magistrate Judge Hayes for the purpose of conducting a settlement conference on a date and time convenient to her. Counsel for the parties are directed to contact Bill Barkley in Judge Hayes' office to discuss dates for the mediation.

Mark L. Hornsby
U.S. Magistrate Judge