IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1, 2, 3, and 8,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>     *Defendants*. | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Withdraw of Eric Rothschild, it is hereby **ORDERED** that said motion is **GRANTED**, and that Eric Rothschild is withdrawn as counsel for Plaintiffs in the above-captioned case.

Done and signed this  20  day of   Aug.  , 2018.

_____
JUDGE
WESTERN DISTRICT OF LOUISIANA