IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1, 2, 3, and 8, | |
| *Plaintiffs,* | Civil Docket No. 5:18-cv-152 |
| v. | CHIEF JUDGE HICKS |
| BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent, | MAGISTRATE JUDGE HORNSBY |
| *Defendants.* | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion for Leave to File a Reply in Support of Plaintiffs' Motion to Reset Date of Settlement Conference, it is hereby **ORDERED** that the motion is **GRANTED**. The proposed Reply attached to Plaintiffs' Motion is deemed filed as of the date of this Order.

Done and signed this 21st day of August, 2018.

_____
JUDGE
WESTERN DISTRICT OF LOUISIANA