IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOES 1, 2, 3, and 8,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD and SCOTT SMITH in his official capacity as Bossier Parish Superintendent,<br><br>*Defendants.* | Civil Docket No. 5:18-cv-152<br><br>CHIEF JUDGE HICKS<br><br>MAGISTRATE JUDGE HORNSBY<br><br>MAGISTRATE JUDGE HAYES |

## [PROPOSED] ORDER

IT IS ORDERED that Kent A. Yalowitz be and is hereby admitted to the bar of this Court pro hac vice on behalf of the plaintiffs in the above described action.

SO ORDERED on this, the __31st__ day of __Aug.__, 2018.

_____
U.S. Magistrate Judge